IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN GRANGER,
ADC #104931                                                      PLAINTIFF

v.                      No. 5:13-cv-83 DPM

RAY HOBBS, Director,
Arkansas Department of Correction; and
JOHN FELTS, Chairman,
Arkansas Parole Board                                            DEFENDANTS

## JUDGMENT

Granger's due process claim is dismissed with prejudice, his *ex post facto* claim is dismissed with prejudice, and his state law claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2013